No. 94–9200. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9203. WANG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–9221. OLIVAS-RIVERA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9229. ROSA BEHETY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9237. RAMIRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9285. BRENNAN *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1569. TEXAS *v.* RILEY. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1749. JONES ET AL. *v.* NATIONAL FOOTBALL LEAGUE ET AL.; and

No. 94–1750. DUSBABEK ET AL. *v.* NATIONAL FOOTBALL LEAGUE ET AL. C. A. 8th Cir. Motion of Public Citizen Inc. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–8270. PETERKIN *v.* PENNSYLVANIA. Sup. Ct. Pa. Motion of petitioner for leave to amend the petition for writ of certiorari granted. Certiorari denied.

No. 93–9240. CRAWFORD *v.* ZANT, WARDEN, 514 U. S. 1082;

No. 94–1229. CAULFIELD *v.* COMMISSIONER OF INTERNAL REVENUE, 514 U. S. 1016;

No. 94–7996. SHOWS *v.* DYAL ET AL., 514 U. S. 1053;

No. 94–8144. STOW *v.* HORAN ET AL., 514 U. S. 1069;

No. 94–8251. GARCIA *v.* FLORIDA, 514 U. S. 1085;

No. 94–8252. HALF-DAY *v.* PEROT ET AL., 514 U. S. 1072;

No. 94–8398. IN RE ROGERS, 514 U. S. 1107;

No. 94–8537. HICKS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 514 U. S. 1088;

No. 94–8581. RUSSELL v. UNITED STATES, 514 U. S. 1089; and
No. 94–8611. ECHAVARRIA-OLARTE v. RENO, ATTORNEY GENERAL, 514 U. S. 1090. Petitions for rehearing denied.

No. 94–1475. PRI-HAR v. UNITED STATES, 514 U. S. 1052. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

## JUNE 14, 1995

No. 94–9508 (A–918). FEARANCE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution in order to consider the petition for writ of certiorari in the ordinary course of proceedings. See *Clark* v. *Collins*, 502 U. S. 1052 (1992) (STEVENS, J., dissenting). 

## JUNE 15, 1995

No. 94–8569 (A–940). GRIFFIN v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 514 U. S. 1119. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing denied.

## JUNE 19, 1995

No. 93–676. CARPENTER v. UNITED STATES. C. A. Armed Forces. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ryder* v. *United States*, *ante*, p. 177. 

No. 93–966. CLARK v. UNITED STATES; DANIELSON v. UNITED STATES; DORMAN v. UNITED STATES; KOVAC v. UNITED STATES; PRIVE v. UNITED STATES; and TAITANO v. UNITED STATES. C. A. Armed Forces. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Ryder* v. *United*